STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HARRY WINES, DEFENDANT-APPELLANT.

See same case below:  65 *N. J. Super.* 262.

*Messrs. McKenzie & Hehl* for the petitioner.

*Mr. Lawrence A. Whipple, Mr. William A. O'Brien* and *Mr. Ralph P. Messano* for the respondent.

May 1, 1961.  Denied.

WALTER O. BAUMAN, PLAINTIFF-PETITIONER, v. ROYAL INDEMNITY COMPANY, DEFENDANT-RESPONDENT.

See same case below:  66 *N. J. Super.* 110.

*Messrs. Schreiber, Lancaster & Demos* for the petitioner.

*Messrs. Reid & Flaherty* for the respondent.

May 1, 1961.  Granted.